■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BESTER.— Motion for an order relieving defendant's court-assigned counsel granted to the extent of permitting the defendant-appellant to prosecute his appeal *pro se* on the terms and conditions contained in the order of this court entered on June 5, 1962. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of the Estate of ADA B. STORM, Deceased.— Motion for a resettlement granted solely to the extent of amending the orders of this court, entered on May 1, 1962, so as to dispense with the printing of original exhibits on condition that the same are filed with this court at the time of filing the appellant's points. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ JACK BORGENICHT, INC. v. TONEL FABRICS CORP.— Motion for a stay denied without prejudice to renew upon papers indicating that there is some merit to the appeal. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ SYDEL F. THOMAS v. ALFRED J. THOMAS.— Motion for a stay denied. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JULIO V. TORRES.— Assignment of Richard H. Borow, Esq. as counsel for defendant-appellant contained in the order of this court, entered on April 10, 1962, vacated and Eugene Rodriguez, Esq., of 727 Prospect Ave., Bronx, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Richard H. Borow, Esq. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BATES.— Assignment of Thomas K. Saltzman, Esq. as counsel for defendant-appellant contained in the order of this court, entered on June 14, 1962, vacated and Andrew J. Connick, Esq., of 1 Chase Manhattan Plaza, New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Thomas K. Saltzman, Esq. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of LEGAL AID SOCIETY.— Application to amend certificate of incorporation granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.